# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 17-64 consolidated with 17-498

## SARAH BARBER, ET AL.

## VERSUS

## LOUISIANA MUNICIPAL RISK MANAGEMENT

## AGENCY GROUP SELF-INSURED FUND, ET AL.

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 251,753
HONORABLE GEORGE CLARENCE METOYER JR, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## ELIZABETH A. PICKETT
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Elizabeth A. Pickett, D. Kent Savoie, and Van H. Kyzar, Judges.

**WRIT GRANTED AND MADE PEREMPTORY.
REMANDED FOR FURTHER PROCEEDINGS.**

Douglas K. Williams
Christopher A. Mason
Breazeale, Sacshe & Wilson, L.L.P.
P. O. Box 3197
Baton Rouge, LA 70821-3197
(225) 387-4000
COUNSEL FOR DEFENDANT-APPLICANT-APPELLEE:
    Republic Fire & Casualty Ins. Co.

**Randall B. Keiser**
**Jeremy C. Cedars**
**Keiser Law Firm, P.L.C.**
**P. O. Box 12358**
**Alexandria, LA 71315**
**(318) 443-6168**
**COUNSEL FOR DEFENDANT-RESPONDENT:**
    **Estate of Larry Jeane, Sr.**

**Derrick G. Earles**
**David C. Laborde**
**Jeff D. Easley**
**Laborde Earles Law Firm**
**P. O. Box 80098**
**Lafayette, LA 70598**
**(337) 261-2617**
**COUNSEL FOR PLAINTIFFS-RESPONDENTS:**
    **Sarah Barber**
    **Elizabeth Spivey**
    **Sarah Barber, o/b/o Abbigail Turner**
    **Racheal Spivey**
    **Jamie Turner**
    **Wallace Spivey**
    **Jamie Turner, o/b/o Abbigail Turner**
    **Dana Spivey**

**PICKETT, Judge.**

For the reasons assigned in *Barber v. Louisiana Municipal Risk Management Agency Group Self-Insurance Fund*, 17-498 (La.App. 3 Cir. __/__/__). ___ So.3d ___, the application for supervisory writs is granted and made peremptory, and the case is remanded to the trial court for further proceedings.